IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

William F. Allen, Jr., :
:
     Petitioner(s), :
: Case Number: 1:13cv19
vs. :
: Judge Susan J. Dlott
State of Ohio, :
:
     Respondent(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael R. Merz filed on March 31, 2015 (Doc. 41), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired April 17, 2015, hereby ADOPTS said Report and Recommendation.

Accordingly, it is ORDERED that the Petition is DISMISSED with prejudice. Reasonable jurists will not disagree with this conclusion. Petitioner is DENIED a certificate of appealability and the Court certifies to the Sixth Circuit that an appeal will be objectively frivolous and therefore petitioner is not permitted to proceed *in forma pauperis*.

IT IS SO ORDERED.

                                                                                s/Susan J. Dlott
                                                                                Judge Susan J. Dlott
                                                                                United States District Court